# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN N. KUBIC,** <br> Plaintiff | NO. 1:12-CV-0547 |
| v. | **JUDGE RAMBO** |
| **STEPHEN ALLEN, JOHN BIONDO,** <br> **and TAMMY FERGUSON,** <br> Defendants | **Electronically Filed** |

## ORDER

AND NOW, this  2nd   day of January  , 2014, upon consideration of Plaintiff's motion to compel the depositions of Department of Corrections Secretary Wetzel and Executive Deputy Secretary Moore Smeal, and Defendants opposition thereto, it is hereby ORDERED that the motion is DENIED.

The notices of deposition Plaintiff previously served upon Secretary Wetzel and Executive Deputy Secretary Moore Smeal are hereby QUASHED.

 s/Sylvia H. Rambo<br>
**Sylvia H. Rambo**<br>
**United States District Judge**